IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAWN M. DICKINSON, #256934, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO.  3:11-cv-700-MEF |
| | )                 WO |
| WARDEN MASAN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #48) to the Recommendation of the Magistrate Judge filed on December 20, 2013 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #47) filed on November 25, 2014 is adopted;

3.  The petition for habeas corpus relief filed by Shawn Dickinson is DENIED as it was not filed within the one-year period of limitation mandated by 28 U.S.C. § 2244(d)(1), and this case is DISMISSED with prejudice.

DONE this the 6th day of February, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE